PROB 12C
(7/93)

Report Date: June 12, 2012

**United States District Court**

for the

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Aaron Anthony Maxwell    Case Number: 2:07CR00098-001 & 2:07CR00097-001

Address of Offender: ▮▮▮▮▮▮ Spokane, WA 99223

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 2/11/2008

| | | |
|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d); and Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 37 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 5/28/2010 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: 5/27/2013 |

## PETITIONING THE COURT

To issue a warrant, and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Maxwell was arrested on June 8, 2012, in the City of Spokane, for the charges of city assault (DV), a misdemeanor, and malicious mischief (DV), a misdemeanor. The undersigned officer spoke with the alleged victim, the defendant's girlfriend and mother of their son. She advised that Mr. Maxwell was attempting to put their son to bed, and reported their son was very upset and would not stop crying. According to the victim, an argument ensued between her and the defendant. She reported Mr. Maxwell grabbed her by the face, and pushed her down. She stated the police were called by her friend. The police reportedly observed a red mark on the victim's face, and based on her testimony, arrested Mr. Maxwell for the above-referenced charges. |

Prob12C
Re: Maxwell, Aaron Anthony
June 12, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2012

s/Matthew L. Thompson

Matthew L Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

6/12/2012
Date